## CRIMINAL CAUSE FOR PLEADING

**BEFORE:** MAGISTRATE JUDGE AZRACK     **DATE:** 5/1/13

USA v. Thaqi et al     11-CR-486 (DLI)

**DEFENDANT'S NAME:** Valter Memia
    _X_ present    __ not present   _X_ custody   ____ bail

**DEFENSE COUNSEL:** Manuel Sanchez
    _X_ present ___ not present    ___ CJA   __ RET   __ PDA

**AUSA:** Steven Tiscione     **LAW CLERK:** Michelle Minarcik

**INTERPRETER:** N/A     **Language:** N/A

**FTR:** Tape # 10:55:30–11:17:02

_X_ CASE CALLED

_X_ DEFENDANT: _X_ SWORN _X_ INFORMED OF RIGHTS

____ WAIVER OF INDICTMENT EXECUTED FOR DEFENDANT

____ INFORMATION FILED

____ DEFT. FAILED TO APPEAR, BENCH WARRANT ISSUED

_X_ DEFT. WITHDRAWS NOT GUILTY PLEA AND ENTERS GUILTY PLEA TO LESSER-INCLUDED OF COUNT _3_ OF THE SUPERSEDING INDICTMENT

_X_ COURT FINDS FACTUAL BASIS FOR THE PLEA

_X_ SENTENCING SET FOR: **To be set by Judge Irizarry**

____ SENTENCING TO BE SET BY PROBATION

_X_ BAIL: __ SET ___ CONT'D FOR DEFT. _X_ CONT'D IN CUSTODY

_X_ TRANSCRIPT ORDERED

OTHER: Pursuant to Federal Rule 11 of Criminal Procedure, the Magistrate did administer the allocution. A finding has been made that the plea was made knowingly and voluntarily and the plea was not coerced. The Magistrate recommends the plea of guilty be accepted.